AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHARLES R. LOW,

    Plaintiff,

v.

CPL ROSER et al.,

    Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV421-187

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court entered on August 16, 2024, this case is dismissed for failing to obey a court order, the Local Rules, and failing to prosecute this case. This action stands closed.

Approved by: _Christopher L. Ray_
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

August 16, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_(signature)_
(By) Deputy Clerk

GAS Rev 10/2020